

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00301-CR

**IN RE** Jeremy **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 1, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a pro se petition for writ of mandamus on May 12, 2016.  Relator filed neither an appendix nor a record with his petition.  The relator has the burden of providing this court with a record sufficient to establish a right to mandamus relief, including a copy of any order or other document showing the matter complained of.  *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a).

Due to the lack of an adequate mandamus record, we are unable to determine whether the trial court has abused its discretion in any way.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2001CR6814, styled *State of Texas v. Rodriguez*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.